UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 11-114 (RJL) |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) |
| Defendant. | ) |

ORDER
(June 7, 2013) [Dkt. #20]

For the reasons set forth in the Memorandum Opinion entered this 7th day of June 2013, it is hereby

**ORDERED** that the defendant's motion [DKT. #20] is **GRANTED**;

and it is further

**ORDERED** that summary judgment be entered for defendant;

and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge